IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02465-BNB

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

DONNA GLYN SNELLER,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

    Defendant, Donna Glyn Sneller, submitted to the Court for filing a document (ECF No. 1) in which she states she is removing to this Court case number 2013-T-1408 from the County Court of Pueblo County, Colorado. Although Ms. Sneller states she is removing a criminal case, the instant civil action inadvertently was commenced. The Court also has commenced a criminal action and filed the notice of removal in that action. *See* 13-cr-00362-LTB. Therefore, the instant civil action will be closed. Accordingly, it is

    ORDERED that the instant civil action shall be closed administratively.

    DATED at Denver, Colorado, this   12th   day of    September   , 2013.

                                     BY THE COURT:

                                     s/Lewis T. Babcock
                                   LEWIS T. BABCOCK, Senior Judge
                                   United States District Court