**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02465-LTB

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

DONNA GLYN SNELLER,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The "Demand to Correct the Record" (ECF No. 4) filed by Defendant on September 12, 2013, is DENIED.

Dated:   September 13, 2013